JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICAHRD WALTERS,<br>Plaintiff,<br>v.<br>TRANSUNION, LLC.,<br>Defendant. | Case No. 2:26-cv-03044-CV (MBKx)<br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[DOC. # 17]** |

On August 4, 2026, the Parties filed a Stipulation of Dismissal as to Defendant Trans Union LLC (the "Stipulation"). Doc. # 17. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

Defendant Trans Union LLC is dismissed with prejudice with each party to bear their own costs and attorney fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 8/10/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE